**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7332**

NELSON RIVAS ALVAREZ,

                    Petitioner - Appellant,

          v.

TERRY O'BRIEN,

                    Respondent - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley,
District Judge. (1:12-cv-00056-IMK-JES)

Submitted: December 17, 2013      Decided: December 20, 2013

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nelson Rivas Alvarez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Federal prisoner, Nelson Rivas Alvarez, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. <u>Alvarez v. O'Brien</u>, No. 1:12-cv-00056-IMK-JES (N.D.W. Va. July 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>